To the Honorable Judges of the 13th Courts of Appeals.

I had submitted a motion of extension to file a Petitionary Discretionary Review and would like to know if the motion was accepted. As I was unsatisfied with Court Appointed Counsel representation and deemed it ineffective assistance of counsel, thereby asking to resubmit another petition. I also would like to know weither the court of criminal appeal as already pass judgment on the review, that I may the file the next step of a writ. Thank You for your time

Honorable Offender

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

RECEIVED

JAN 0-8 2015

13th COURT OF APPEALS